USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
MARCUS MEHMET ERKAN,  :
:
                           Plaintiff,  :   1:22-cv-186-GHW
:
        -against-  :   ORDER
:
GENCO SHIPPING & TRADING LIMITED,  :
:
                         Defendant.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 25, 2022. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than March 31, 2022 at 12:00 p.m.

      SO ORDERED.

Dated: March 30, 2022
New York, New York

                                              GREGORY H. WOODS
                                         United States District Judge