**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022

# Ricotta & Marks, P.C.

*Attorneys at Law*

24-11 41st Ave., Second Floor
Long Island City, New York 11101
Telephone (347) 464-8694  Facsimile (800) 483-4508
www.QueensEmploymentAttorney.com

March 30, 2022

<u>Via ECF</u>
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

      Re:    *Erkan v. Genco Shipping & Trading Limited*
              Docket No.: 22-CV-00186 (GHW)

Dear Judge Woods:

      This Firm represents the Plaintiff, Mehmet Erkan ("Erkan") in the above-referenced matter. We write, in response to Your Honor's March 30, 2022 Order to advise the Court that Defendant is still in the process of being served and, as such has not registered an appearance in this matter such that we can submit a joint letter in advance of the preliminary conference in this matter. Accordingly, I respectfully request an adjournment of the joint letter submission, as well as the preliminary conference, presently scheduled for April 1, 2022 by phone, so as to allow further time for service to be effectuated and Defendant to appear in this matter.  While I am waiting on confirmation from our process server, as well as affidavits of service, my anticipation is that service was likely recently completed or will be completed this week.  As such, I would ask the Court grant an adjournment to a date convenient to the Court approximately thirty days from today in the hope that, by that time, Defendant will have answered or otherwise appeared in this matter.

      Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

RICOTTA & MARKS, P.C.

_____/s_____
Thomas Ricotta

---

Plaintiff's request for an adjournment of the initial pre-trial conference currently scheduled for April 1, 2022 is granted.  The initial pre-trial conference is adjourned to May 6, 2022 at 3:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The joint status letter and proposed case management plan and scheduling order described in the Court's January 12, 2022 order are due no later than May 28, 2022.

The Clerk of Court is directed to terminate the motion at Dkt. No. 8.

SO ORDERED.

Dated: March 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge