```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
MARCUS MEHMET ERKAN,                              :
:
                       Plaintiff,       :       1:22-cv-186-GHW
:
        -against-                                    :       ORDER
:
GENCO SHIPPING & TRADING LIMITED,                 :
:
                     Defendant.       :
:
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The Court's March 30, 2022 order adjourning the initial pre-trial conference in this case is revised so that the deadline for the parties' joint status letter and proposed case management plan and scheduling order is April 28, 2022. The remainder of that order remains in effect.

       SO ORDERED.

Dated:  March 31, 2022
New York, New York
                                                       GREGORY H. WOODS
                                                  United States District Judge